**Affirmed and Majority and Concurring Opinions filed August 20, 2024.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00881-CV

### RONALD SCOTT CATT, Appellant

### V.

### BRIAN MIDDLETON IN HIS OFFICIAL CAPACITY AS DISTRICT ATTORNEY OF FORT BEND COUNTY, Appellee

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 22-DCV-290442**

### CONCURRING OPINION

I write separately to point out that Catt has filed a partial record and designated points or issues. *See* Tex. R. App. P. 34.6(c)(1). The majority should, but does not, analyze whether Catt's appellate arguments fall within those designated points or issues. *See Mason v. Our Lady Star of the Sea Catholic Church*, 154 S.W.3d 816, 818–820 (Tex. App.—Houston [14th Dist.] 2005, no pet.) (citing *Christiansen v. Prezelski*, 782 S.W.2d 842, 843 (Tex. 1990)

(interpreting former 1986 Texas Rule of Appellate Procedure 53(d), 49 Tex. B.J. 556, 573–74 (1986) (since amended))). Catt should not be given special treatment because he is a pro se litigant, and we should not reach the merits of points or issues that are not properly before us.

I concur in the judgment.


/s/    Charles A. Spain
       Justice


Panel consists of Justices Spain, Poissant, and Wilson. (Poissant, J., majority).